UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KEVIN D. LEAVELLE,<br><br>    Petitioner,<br><br>    v.<br><br>R. C. JOHNSON, WARDEN,<br><br>    Respondent. | Case No. 8:23-cv-02507-FWS-DTB<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered granting Respondent's Motion to Dismiss and dismissing the Petition with prejudice and without leave to amend.

Dated: February 26, 2025

                                      Hon. Fred W. Slaughter
                                      UNITED STATES DISTRICT JUDGE