JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KEVIN D. LEAVELLE, | Case No. 8:23-cv-02507-FWS-DTB |
| Petitioner, | **JUDGMENT** |
| v. | |
| R. C. JOHNSON, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice and without leave to amend.

Dated: February 26, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

1